CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 30 2007

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WALTER HARRIS,<br>　　Plaintiff, | Civil Action No. 7:07-cv-00382 |
| v. | **FINAL ORDER** |
| WARDEN J.D. TERRY,<br>　　Defendant. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 42 U.S.C. § 1997e(a) for failure to exhaust administrative remedies. All other pending motions are hereby **DENIED** as **MOOT**, and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 29th day of August, 2007.

　　　　　　　　　　　　　　　/s/ Glen E. Conrad
　　　　　　　　　　　　　　　United States District Judge